JOHN S. LEONARDO
United States Attorney
District of Arizona
Carin C. Duryee
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: carin.duryee@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR16-642TUC |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | **VICTIM CASE** |
| MANUEL MONTANO, | Violations: |
| Defendant. | 18 USC §§ 2252(a)(2) and (b)(1) (Attempted Distribution of Child Pornography) Counts 1 - 2 |
| | 18 USC §§ 2252A(a)(5)(B) and (b)(2) (Possession of Child Pornography) Count 3 |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>

**ATTEMPTED DISTRIBUTION OF CHILD PORNOGRAPHY**

On or about April 8, 2015, in Sierra Vista, in the District of Arizona, MANUEL MONTANO, using any means or facility of interstate or foreign commerce, did knowingly attempt to distribute child pornography, that is, visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such

conduct, which had been shipped and transported in interstate or foreign commerce by means of computer, or otherwise, including, but not limited to, the following files:

"000-097.jpg"
"000-132.jpg"

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT TWO

## ATTEMPTED DISTRIBUTION OF CHILD PORNOGRAPHY

On or about April 24, 2015, in Sierra Vista, in the District of Arizona, MANUEL MONTANO, using any means or facility of interstate or foreign commerce, did knowingly attempt to distribute child pornography, that is, visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, which had been shipped and transported in interstate or foreign commerce by means of computer, or otherwise, including, but not limited to, the following file:

"000-097.jpg"

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT THREE

## POSSESSION OF CHILD PORNOGRAPHY

On or about August 20, 2015, in Sierra Vista, in the District of Arizona, MANUEL MONTANO did knowingly possess child pornography, that is, visual depictions, the production of which involved the use of minors, including pre-pubescent

minors, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, and which was produced using materials which had been mailed and shipped and transported in interstate and foreign commerce; that is, MANUEL MONTANO knowingly possessed on a Dell desktop computer (Service Tag: D2M06J1) images of child pornography, including, but not limited to, the following files:

"_SC_0120 [1600X1200].jpg"
"&-+(155).jpg"
"(ロリータ) くみ 5才 小学生_mpg.jpg"
"sm-crissy062-1.jpg"
"[True pedo zoo] Ptsc 9Yo Jenny Daughter Tied Up And Dog Licking Her_New.avi"
"Max-Falko+Bdsmtrieler1.mp4"
"1fajne.mp4"

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

A TRUE BILL

/S/

_____
Presiding Juror

JOHN S. LEONARDO
United States Attorney
District of Arizona

/S/

Carin C. Duryee
Assistant U.S. Attorney

Dated: March 30, 2016

REDACTED FOR PUBLIC DISCLOSURE

*United States of America v. Manuel Montano*
*Indictment Page 3 of 3*