*Ralls, Aguilera & Reidy, P.C.*
*314 South Sixth Avenue*
*Tucson, Arizona 85701*
*Telephone: (520) 884-1234*
*Facsimile: (520) 884-9687*
*E-mail: steve@rallslawoffice.com*

Attorneys for Defendant Montano
By: Stephen G. Ralls, Arizona Bar #007772

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
| ) | CR-16-642-TUC-JAS(EJM) |
| Plaintiff, ) | |
| ) | **Motion To Modify Conditions of Release** |
| v. ) | |
| ) | |
| Manuel Montano, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Defendant Manuel Montano, through undersigned counsel, respectfully requests that this Honorable Court modify his conditions of release. More specifically, Mr. Montano asks this Court to remove the requirement that he submit to drug testing while on PTS supervision. This motion is made now because Pretrial Services Supervisor Pete Rea contacted defense counsel and indicated that, to date, Mr. Montano has tested negative on all tests and Mr. Rea believes no further monitoring in this area is needed.

**RESPECTFULLY SUBMITTED** this 28th day of September, 2016.

                               s/ **Stephen G. Ralls**
                               STEPHEN G. RALLS
                               Attorney for Defendant Montano

Certificate of Service

I hereby certify that on September 28, 2016, I electronically transmitted/hand delivered the attached document to the Clerks' Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing/or hand delivered to the following CM/ECF registrants:

carin.duryee@usdoj.gov


By: __RL_____
montano\mtn to modify 9-28-16